## SECOND DEPARTMENT, MAY, 1913.

In the Matter of the Application of Manhattan Bridge Three-Cent Line for the Appointment of Commissioners, etc.— Motion granted and order signed. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Henry S. Cox, Respondent, v. Hewlett Bay Company and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. (See *Mundt* v. *Glokner*, 160 N. Y. 571.) Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Josephine T. Deady, Appellant, v. E. Virgil Neal, Respondent.—Motion denied, on condition that appellant perfect her case on appeal by making it conform to the case as actually settled, place the same on the next calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Empire City Lumber Company, Plaintiff, v. S. & I. Holding Company and Others, Defendants.— Motion for stay granted, on condition that appellant give a bond to indemnify the respondent against loss, to the extent of $500, in case the judgment appealed from should be affirmed; otherwise, motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

A. Hupfel's Sons, a Domestic Corporation, Plaintiff, v. Charles E. W. Schelling and Another, Defendants.—Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Jacob Hurwitz, Respondent, v. Hyman Bernstein, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Land, etc., Situated in the Block Bounded by Chauncey and Marion Streets, Hopkinson and Rockaway Avenues, in the Borough of Brooklyn, etc:— Order confirming referee's report settled and filed. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Land, etc., Situated in the Block Bounded by Chauncey and Marion Streets, Hopkinson and Rockaway Avenues, in the Borough of Brooklyn, etc.— A separate order must be prepared and submitted granting a stay upon the terms and conditions indicated in the decision rendered herein on the 11th day of April, 1913, if the party applying for such stay desires to accept the conditions thereof. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Daniel B. McCoy, Respondent, v. Gas Engine and Power Company and Others, Appellants and Respondents.— Motion granted on consents filed by all parties, and order signed. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Thomas Muller, Respondent, v. Pope Hartford Auto Company, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ.; Putnam, J., not voting.